**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHARLES H.M.S. SEXTON, I,

                        Plaintiff,

              -against-

DEPARTMENT OF HOMELESS
SERVICES, *et al.*,

                      Defendants.
-------------------------------------------------------------------X

                        **24 Civ. No. 8895 (DEH) (GS)**

                        **VIDEO DISCOVERY**
                        **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Discovery Conference on **Wednesday, March 25, 2026 at 11:00 a.m.** to discuss purportedly outstanding discovery obligations (*see* Dkt. Nos. 86, 108). The Court will entertain any requests for an extension of discovery at the conference. The Court invites the parties to submit letters regarding the discovery process by no later than March 6, 2026. Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now** [Meeting ID: 218 629 053 427 57] [Passcode: Xz7sx7pd]

      SO ORDERED.

DATED:     New York, New York
            March 3, 2026

                                 _____
                           The Honorable Gary Stein
                           United States Magistrate Judge